**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | |
|            Plaintiff,            ) | |
|                                  ) | |
|      v.                          ) | 2:10-CR-141-PMP (RJJ) |
|                                  ) | |
| BOBBY EDWARD HOLMES, JR.,        ) | |
|                                  ) | |
|            Defendant.            ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 26, 2010, defendant BOBBY EDWARD HOLMES, JR., pled guilty to Counts One and Two of a Two-Count Criminal Information charging him in Count One with Computer Fraud, in violation of Title 18, United States Code, Section 1030(a)(4) and (c)(3)(A); and in Count Two with Wire Fraud, in violation of Title 18, United States Code, Section 1343.

This Court finds that defendant BOBBY EDWARD HOLMES, JR., agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and the offense to which defendant BOBBY EDWARD HOLMES, JR., pled guilty.

. . .

. . .

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (B); Title 18, United States Code, Sections 1030(i)(1)(A) and (B); and Title 21, United States Code, Section 853:

        a)      Generic PC Model# GQ6141, Serial Number: 6141GQX70900879;

        b)      Toshiba Laptop Serial Number: 48406479Q;

        c)      Toshiba Tecra Laptop Serial Number: 63023942VU;

        d)      All paper containing personal identifiers of victims or potential victims; and

        e)      an *in personam* criminal forfeiture money judgment of $48,310.38 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of BOBBY EDWARD HOLMES, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this __ 26th day of May, 2010

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Kelle L. Kuebler, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on May 25, 2010 by the below identified method of service:

E-mail/ECF

Gerald Luke Ciciliano
Cicliano & Associates, LLC
621 South 10th Street
Las Vegas, NV 89101
Email: luke@cicilialaw.com
*Counsel for Bobby Edward Holmes, Jr.*

　　　　　　　　　　　　　　　　　　　　　/s/ KelleLKuebler
　　　　　　　　　　　　　　　　　　　　Kelle L. Kuebler
　　　　　　　　　　　　　　　　　　　　Forfeiture Support Associate Paralegal