**FILED**

JUL 2 6 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY EDWARD HOLMES, JR., ) <br> ) <br> Defendant. ) | 2:10-CR-141-PMP (RJJ) |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT BOBBY EDWARD HOLMES, JR.**

On May 26, 2010, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (B); Title 18, United States Code, Section 1030(i)(1)(A) and (B), and Title 21, United States Code, Section 853(p), forfeiting property of defendant BOBBY EDWARD HOLMES, JR. to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant BOBBY EDWARD HOLMES, JR..

DATED this 26 day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE