**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-141-PMP (RJJ) |
| ) | |
| BOBBY EDWARD HOLMES, JR., ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On May 26, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (B); Title 18, United States Code, Section 1030(i)(1)(A) and (B); and Title 21, United States Code, Section 853, based upon the plea of guilty by defendant BOBBY EDWARD HOLMES, JR., to criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have a requisite nexus to the offenses to which defendant BOBBY EDWARD HOLMES, JR., pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 3, 2010 through July 2, 2010, notifying all known third parties of their right to petition the Court.

. . .

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3     This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,
9  Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A) and (B); Title 18, United States
10 Code, Section 1030(i)(1)(A) and (B); and Title 21, United States Code, Section 853; and Title 21,
11 United States Code, Section 853(n)(7) and shall be disposed of according to law:

12     a)   Generic PC Model# GQ6141, Serial Number: 6141GQX70900879;
13     b)   Toshiba Laptop Serial Number: 48406479Q;
14     c)   Toshiba Tecra Laptop Serial Number: 63023942VU;
15     d)   All paper containing personal identifiers of victims or potential victims; and
16     e)   an *in personam* criminal forfeiture money judgment of $48,310.38 in United
17          States Currency.

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
19 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
20 any income derived as a result of the United States of America's management of any property
21 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
22 according to law.

23     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
24 certified copies to the United States Attorney's Office.

25     DATED this ___ 5th day of August, 2010.

26
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on August 3, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Gerald Luke Ciciliano
Ciciliano & Associates, LLC
621 South 10th Street
Las Vegas, NV 89101
Email: luke@cicilialaw.com
*Counsel for Bobby Edward Holmes, Jr.*

<u>/s/ HeidiLSkillin</u>
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk