1  SUE FAHAMI
   Acting United States Attorney
2  Nevada Bar No. 5634

3  CYBILL L. DOTSON
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  E-mail: Cybill.Dotson@usdoj.gov
   *Attorneys for the United States*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,              Case No.: 2:10-CR-141-PMP-RJJ

10          Plaintiff / Judgment Creditor,   **ORDER TO DISSOLVE WRIT OF
                                             CONTINUING GARNISHMENT**
11      v.

12 BOBBY HOLMES, JR.,

13          Defendant / Judgment Debtor,

14 and

15

16 EVENT AUDIO VISUAL GROUP, INC.,
   and its Successors or Assigns,

17          Garnishee.

18  ────────────────────────────

19      This matter is before the Court on the motion of the United States to Dissolve the

20 Writ of Continuing Garnishment directed to Event Audio Visual Group, Inc., and its

21 successor or assigns, at 28455 Automation Blvd, Wixom, MI 48393.

22      IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of

23 Continuing Garnishment issued to Event Audio Visual Group, Inc., and its successor or

24 assigns, on February 14, 2025 is hereby dissolved.

25

26 Dated: ____February 27, 2025____        _____
                                           UNITED STATES DISTRICT JUDGE
27

28